```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-30-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

F.R. and M.B., individually and on behalf of A.R,

                Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

No. 20-CV-3169 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 15, 2020, the Court granted Defendant a thirty-day extension to file its response to the Complaint to June 17, 2020. Defendant has still not filed a response to the Complaint. Defendant shall do so, or seek an additional extension of time, no later than July 7, 2020.

SO ORDERED.

Dated:    June 30, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge