

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Thais R. Ridgeway**
phone: 212-356-3586
fax: 212-356-2089
email: tridgew@law.nyc.gov
(not for service)

January 14, 2021

**BY ECF**

Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1506
New York, NY 10007

      Re:  *F.R.. et al., v. New York City Department of Education,*
          20-cv-3169 (RA)

Dear Judge Abrams:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the New York City Department of Education (hereinafter "DOE"), in the above-referenced matter. I write to in accordance with Your Honor's Individual Rules of Practice § 1(D) to respectfully request to adjourn the Settlement Conference currently scheduled January 15, 2021 until the week of February 16, 2021 or a date as soon thereafter is convenient for Your Honor.

      After consultation with Plaintiffs' office yesterday, it was unclear from the docket whether there was a status or settlement conference scheduled and whether that conference would be going forward on January 15, 2021. Plaintiffs received verbal confirmation from Your Honor's Clerk yesterday afternoon that there would be a conference. Shortly thereafter, I received notification via email that there was a *settlement* conference scheduled tomorrow and was provided the corresponding dial-in information.

      The undersigned submitted a letter on January 6, 2021, indicating the Office's position on Plaintiffs' claim for attorneys fees associated with this federal action. (Dkt. No. 19) As previously noted, the parties have resolved Plaintiffs' substantive claims regarding implementation and the only issue remaining before Your Honor is Plaintiffs' federal attorney's fees claim. The undersigned has been provided attorney billing records/timesheets associated with work performed on this federal action. However, I am still in the process of reviewing the timesheets submitted, requesting and receiving authority to make a reasonable offer. I am

currently not in a position to make a settlement offer to resolve Plaintiffs' attorney's fees claims in advance of tomorrow's conference. Thus, I am requesting an adjournment to obtain the authority necessary to meaningfully participate in the settlement conference.

Plaintiffs' counsel consents to the request for a 30 day adjournment of the settlement conference. The proposed extension does not effect any other deadlines currently in this case. Finally, I apologize for the timing of this request and would have included the requested relief in my January 6, 2021 submission to the Court had I been aware a settlement conference (and not a status conference) was pending.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Thais R. Ridgeway
Assistant Corporation Counsel

CC: **BY ECF**
Tracey Spencer Walsh, Esq.
Spencer Walsh Law
*Attorneys for Plaintiffs*
35 East Grassy Sprain Road ; Suite 400
Yonkers, New York 10710
212-401-1959
tracey@SpencerWalshLaw.com

Application granted. The settlement conference scheduled for January 15, 2021 at 4:00 pm is hereby adjourned until February 19, 2021 at 3:00 p.m. By no later than February 12, 2021, the parties shall file a joint letter updating the Court on the status of settlement negotiations, and indicating the parties' views on whether a settlement conference would be productive.

SO ORDERED.

Hon. Ronnie Abrams
January 14, 2021